# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN PATRICK ADKINS,**

      **Plaintiff,**

**v.**                                             **Case No:   6:16-cv-754-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's uncontested Petition for Attorney's Fees (Doc. No. 28) filed July 3, 2017.

On July 19, 2017, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the motion be granted.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Petition for Attorney's Fees is **GRANTED**.   Plaintiff is awarded attorney's fees in the amount of $4,508.47 to be paid to his counsel.   Payment should be made to Plaintiff pursuant to the provisions of the EAJA unless: (1) Defendant determines that Plaintiff owes a debt to the Government; and (2) Defendant agrees to waive the applicable Anti-Assignment Act provisions.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 25, 2017.


GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party